IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


CRIMINAL NO. 13-50002-003          USA v. GRISELDA MONROY

COURT PERSONNEL:                   APPEARANCES:

Judge: JIMM LARRY HENDREN          Govt. CLAY FOWLKES

Clerk: ALLI WINKLE/GAIL GARNER     Deft. RAY NIBLOCK

Reporter: THERESA SAWYER           Interpreter: DEBBIE ANDRADE


### SENTENCING MINUTE SHEET


On this date the above named defendant appeared in person and
with counsel for sentencing and is sworn.

(X)   Inquiry made that defendant is not under influence of
      alcohol or drugs and is able to comprehend proceedings.
(X)   Inquiry made whether defendant is under the care of a
      physician or taking any medication and is able to
      comprehend proceedings.
(X)   Inquiry made that defendant is satisfied with counsel.
(X)   Court determined that defendant and counsel have had
      opportunity to read and discuss presentence investigation
      report.
(X)   Presentence investigation report reviewed in open court.
(X)   Government moves for downward departure pursuant to
      5K1.1 - granted and 4 level reduction awarded.
(X)   Court expresses final approval of plea agreement.
(X)   Counsel for defendant afforded opportunity to speak on
      behalf of defendant.
(X)   Defendant afforded opportunity to make statement and
      present information in mitigation of sentence.
(X)   Attorney for government afforded opportunity to make
      statement to court.
(X)   Court proceeded to impose sentence as follows:

      48 months imprisonment; no supervised release to
      follow; $3,000.00 fine - interest waived.

Criminal No. 13-50002-003


    (X)  Defendant ordered to pay total special assessment of
         $100.00, for count 5, which shall be due immediately.
    (X)  Defendant advised of right to appeal sentence imposed.
    (X)  Defendant advised of right to apply for leave to appeal
         in forma pauperis.
    (X)  Count 1 and forfeiture allegation dismissed on motion
         by the government.
    (X)  Defendant remanded to the custody of the USMS.


DATE: SEPTEMBER 5, 2013        Proceeding began: 10:16 AM
                                      Recess: 10:24 AM
                              Reconvene: 11:06 AM
                                    Ended: 11:39 AM